**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

TERRY R. COCHRANE,                )
                                  )
            Plaintiff,            )        3:12-cv-00473-MMD-WGC
                                  )
vs.                               )
                                  )        **ORDER**
STATE OF NEVADA, *et al.*,         )
                                  )
            Defendants.           )
_____/

    This action is a *pro se* civil rights action filed pursuant to 42 U.S.C. § 1983 by a Nevada state prisoner.  This Court entered a screening order on May 9, 2013.  (ECF No. 4).  The screening order imposed a 90-day stay and the Court entered a subsequent order setting an inmate early mediation conference.  (ECF Nos. 4 & 10).  At the end of the 90-day stay, counsel for defendants were directed to file a status report.  (ECF No. 4).

    Defendants have moved to extend the stay and the deadline in which to file a status report, on the basis that the inmate early mediation conference is currently scheduled for August 20, 2013. Defendants seek an extension of time, up to and including August 21, 2013, in which to file a status report.  Good cause appearing, defendants' motion is granted.

    **IT IS THEREFORE ORDERED** that defendants' motion for an extension of the stay and deadline in which to file a status report (ECF No. 14) is **GRANTED.**

1       **IT IS FURTHER ORDERED** that the stay in this action is extended until **August 21, 2013.**

2       **IT IS FURTHER ORDERED** that defendants **SHALL FILE** the status report, in

3  compliance with the screening order, not later than **August 21, 2013.**

4       Dated this 8th day of August, 2013.

_____
UNITED STATES MAGISTRATE JUDGE

2